UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 24-CV-81378-RLR**

NADIA M. VERA,

    Plaintiff,

v.

CEVICHE BEACH & GRILLE, LLC,
JAIME R. AREVALO,
LEDDA I. AREVALO,

    Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

This matter comes before the Court on Plaintiff's Renewed Motion for Default Judgment. DE 22. Defendant did not file a response. The Motion was referred to the Honorable Bruce E. Reinhart for a Report and Recommendation. DE 23. On May 7, 2025, Judge Reinhart issued a Report and Recommendation recommending that the Motion be granted in part and denied in part. DE 25. The deadline for a party to file objections to the Report and Recommendation was May 21, 2025. *Id.* No objections were filed. The Court has thoroughly reviewed the Report and Recommendation, the Renewed Motion for Default Judgment, and the record, and is fully advised in the premises.

Upon review, the Court finds Judge Reinhart's recommendations to be well-reasoned and correct, and the Court agrees with the factual recitation and the analysis in the Report and Recommendation.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 25] is **ADOPTED**.

2. Plaintiff's Renewed Motion for Default Judgment [DE 22] is **GRANTED IN PART and DENIED IN PART**.

3. Plaintiff is awarded $19,342.34 in damages, $7,515 for attorney's fees, and $585 in costs.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of May, 2025.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record